UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 3:23-CR-227 |
| v. | (Judge Wilson) |
| SALEM CHRISTOPHER DIOP, | |
| Defendant. | |

## INDICTMENT

FILED
SCRANTON
AUG 29 2023
PER JKC
DEPUTY CLERK

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 2242(2)
(Sexual Abuse- Incapable Victim)

On or about July 8, 2023, within the special maritime jurisdiction of the United States, the defendant,

**SALEM CHRISTOPHER DIOP,**

did knowingly cause the victim, Victim # 1, to engage in a sexual act, to wit, penetration, however slight between the penis of the defendant and the vulva of Victim # 1 and the penis of the defendant and the anus of Victim # 1, and Victim # 1, who was, as the defendant well knew at that time, incapable of appraising the nature of the conduct.

In violation of Title 18, United States Code, Section 2242(2).

A TRUE BILL

GERARD M. KARAM
United States Attorney

_Jenny P. Roberts_      8/29/2023
JENNY P. ROBERTS      Date
Assistant United States Attorney