UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:23-CR-227 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| SALEM CHRISTOPHER DIOP, | : | (electronically filed) |
| Defendant | : | |

## SUPERSEDEING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 2244(a)(2)
(Abusive Sexual Contact)

On or about July 8, 2023, within the special maritime jurisdiction of the United States, the defendant,

**SALEM CHRISTOPHER DIOP,**

did knowingly engage in and cause sexual contact with, Victim # 1, to wit, penetration, however slight between the penis of the defendant and the vulva of Victim # 1, the penis of the defendant and the anus of Victim # 1, and the finger of the defendant and the vulva of Victim # 1, in violation of Title 18, United States Code, Section 2242.

In violation of Title 18, United States Code, Section 2244(a)(2).

Date: 3/24/2025

JOHN C. GURGANUS
Acting United States Attorney

*Jenny P. Roberts*
JENNY P. ROBERTS
Assistant United States Attorney